UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS CUTRONE, | : | CIV. NO. 3:22cv01177(AWT) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF MILFORD, ET AL., | : | APRIL 4, 2024 |
|     Defendants. | | |

**<u>STIPULATION OF DISMISSAL</u>**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>**

    COME NOW the Parties to this action, by and through undersigned counsel, do hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice and without fees or costs to either party.

    The Parties have settled all matters outstanding between them such that there are no issues remaining for adjudication.

1

Respectfully submitted this the 4th day of April 2024.

                        PLAINTIFFS, LOUIS CUTRONE and KERRY BRADY

              BY: /s/ John W. Madigan, III
                   Attorney John W. Madigan III (ct30969)
                   30 Old King's Highway South, Suite 215
                   Darien, CT 06820
                   PH: 203-984-9987  FAX 203-349-9867
                   jwm3esq@gmail.com

              BY: /s/ Jeffrey S. Bagnell
                   Jeffrey S. Bagnell
                   Federal Bar No. CT18983
                   Jeffrey S. Bagnell, Esq., LLC
                   55 Post Road West
                   Suite 200
                   Westport, CT 06880
                   (203) 984-8820
                   jeff@bagnell-law.com


                   DEFENDANTS, CITY OF MILFORD, OFFICER SEAN OWENS, OFFICER CHRISTOPHER DEIDA

             BY/ss/ James N. Tallberg
                   James N. Tallberg
                   Federal Bar No. ct17849
                   Andrew J. Glass
                   Federal Bar No. ct30054
                   Karsten & Tallberg, LLC
                   500 Enterprise Dr., Suite 4B
                   Rocky Hill, CT 06067
                   T: (860)233-5600
                   F: (860)233-5800
                   jtallberg@kt-lawfirm.com
                   aglass@kt-lawfirm.com